ACCEPTED
15-25-00044-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/11/2025 8:51 AM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 15-25-00044-CV**

**IN THE COURT OF APPEALS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/11/2025 8:51:54 AM
CHRISTOPHER A. PRINE
Clerk

**FOR THE FIFTEENTH DISTRICT OF TEXAS**

**AUSTIN, TEXAS**

---

**UGALAHI OFFOBOCHE**
**Appellant**

**VS.**

**COLLIN COUNTY, TEXAS, COLLIN COUNTY SHERIFF'S DEPUTIES
MOUNGER, WATSON, McMILAN AND FORMER COLLIN COUNTY CHIEF
DEPUTY CONSTABLE RUMFIELD**

**Appellees**

---

**Appeal from Cause No. 429-08578-2024, 429TH Judicial District Court,
Collin County, Texas, The Honorable Jill Willis, Judge Presiding**

---

**APPELLEES' RESPONSE TO APPELLANT'S MOTION
FOR FIVE DAYS' EXTENSION OF TIME TO COMPLETE
AND FILE REPLY BRIEF AND FOR LEAVE TO FILE CORRECTED BRIEF**

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

COME NOW **Collin County, Texas, Collin County Sheriff's Deputies Joshua Mounger, Mark Watson, Lee McMillan and former Collin County Chief Deputy Constable Mike Rumfield**, Appellees herein and movants in the trial court, and file their RESPONSE TO APPELLEE'S MOTION FOR FIVE DAYS' EXTENSION OF TIME TO COMPLETE AND FILE REPLY BRIEF AND FOR LEAVE TO FILE CORRECTED BRIEF, and would show the Court as follows:

**I.**
**Appellant's misstatement of material facts and refusal to correct same is basis
for Appellants' inability to agree to further "corrections" to Appellant's Brief**

Appellant Ugalahi Offoboche, the sanctioned attorney who is representing herself herein, has already twice submitted her Brief. See, APPELLANT'S BRIEF, submitted June 24, 2025, and APPELLANT'S AMENDED BRIEF, submitted June 25, 2025. She now seeks to file what she entitles her APPELLANT'S CORRECTED (AMENDED) BRIEF as well as seeking a five day extension to file her Reply Brief.

It is not the requested extension to file her Reply Brief which causes Appellees' consternation - it is Appellant's refusal to correct material mis-statements in her briefing to this Court about her and her clients role in the Public Information Act requests and resulting Attorney General Opinions. Appellant represents to this Court that "there is nothing in the attached opinion rulings that shows appellant was the requestor or was attempting to obtain law enforcement records" See, i.e. APPELLANT'S AMENDED BRIEF, p. 15. Disappointingly, Appellant certainly knows this is not correct. See, APPENDIX EX.'S 1-4 attached to BRIEF OF APPELLEES regarding the series of Public Information Act requests and resulting Texas Attorney General decisions directly related to/from Appellant and/or her clients. When contacted by Appellant for a conference on her motion, Appellant was asked to correct her misstatements but she refused. A copy of emails is attached as Exhibit No. 1.

Appellees do not oppose an extension for Appellant to file a Reply Brief but do oppose Appellant's ongoing mis-statement of facts to this Court and Appellant's efforts to minimize briefing failures and misleading case citations and holdings to this Court. See, i.e., Appellant's citation to *In re J.M.*[1] for a holding which does not appear in the case.

---

[1] cited in APPELLANT'S AMENDED BRIEF, p. 41. Appellant's misrepresentations about the *In re J.M.* case are discussed in BRIEF OF APPELLEES, p. 11-12.

**II.**
**Prayer for Relief**

WHEREFORE, PREMISES CONSIDERED, Appellees **Collin County, Texas, Collin County Sheriff's Deputies Joshua Mounger, Mark Watson, Lee McMillan and former Collin County Chief Deputy Constable Mike Rumfield** pray that this Honorable Court of Appeals affirm the January 30, 2025, FINAL JUDGMENT, PROTECTIVE ORDER, AND ORDER OF SANCTIONS AGAINST COUNSEL UGALAHI OFFOBOCHE; and that Appellees have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

By: /s/ *Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**KYLE T. BARRY**
State Bar No. 24122284
**MATTHEWS, SHIELS, KNOTT,**
**EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier
bdavis@mssattorneys.com
kbarry@mssattorneys.com

**ATTORNEY FOR MOVANTS/APPELLEES COLLIN COUNTY, TEXAS, COLLIN COUNTY DEPUTIES JOSHUA MOUNGER, MARK WATSON, LEE McMILLAN,** and **CHIEF DEPUTY CONSTABLE MICHAEL RUMFIELD**

**CERTIFICATE OF SERVICE**

This is to certify that, pursuant to Tex. R. App. P. 9.5, on this the 10th day of September, 2025, a true and correct copy of the foregoing instrument was served upon Appellant's counsel via e-service.

/s/ *Robert J. Davis*
**ROBERT J. DAVIS**

**From:** Ugy Offoboche <ugy@uacoffobochelaw.com>
**Sent:** Friday, September 5, 2025 5:19 PM
**To:** Bob Davis <bdavis@mssattorneys.com>
**Cc:** Kyle Barry <kbarry@mssattorneys.com>
**Subject:** Re: Conference Requirement: Corrected Brief

LOL...okay.

With Kind Regards,

Ugalahi Ugy Offoboche, Esq.
Managing Attorney
U. A. C. OFFOBOCHE LAW FIRM
469-315-0358 (Direct)
214-853-5708 (Fax)
ugy@uacoffobochelaw.com
www.uacoffobochelaw.com
"Dedicated & Thorough"

"A man convinced against his will is of the same opinion still." Anonymous
"Forgiveness is only beneficial if given to one who does not deserve it." Clairecut

The content of this communication may be confidential and/or proprietary to U.A.C. Offoboche Law Firm. The information transmitted herein is intended only for use by the individual(s) or entity(ies) to which it is addressed and may be information that is legally privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any review, transmission or retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by email and delete the communication.

On Fri, Sep 5, 2025 at 5:13 PM Bob Davis <bdavis@mssattorneys.com> wrote:

Yes


Robert J. Davis

Partner

Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.

8131 LBJ Freeway, Suite 700

Dallas, Texas 75251

(972) 234-3400

**From:** Ugy Offoboche <ugy@uacoffobochelaw.com>
**Sent:** Friday, September 5, 2025 5:12 PM
**To:** Bob Davis <bdavis@mssattorneys.com>
**Cc:** Kyle Barry <kbarry@mssattorneys.com>
**Subject:** Re: Conference Requirement: Corrected Brief

That statement is false! I will be requesting 5-days extension to file my reply brief. Are you opposed?

With Kind Regards,

Ugalahi Ugy Offoboche, Esq.

Managing Attorney
U. A. C. OFFOBOCHE LAW FIRM

469-315-0358 (Direct)
214-853-5708 (Fax)
ugy@uacoffobochelaw.com
www.uacoffobochelaw.com
"Dedicated & Thorough"

"A man convinced against his will is of the same opinion still." Anonymous
"Forgiveness is only beneficial if given to one who does not deserve it." Clairecut

The content of this communication may be confidential and/or proprietary to U.A.C. Offoboche Law Firm. The information transmitted herein is intended only for use by the individual(s) or entity(ies) to which it is addressed and may be information that is legally privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any review, transmission or retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by email and delete the communication.

On Fri, Sep 5, 2025 at 5:05 PM Bob Davis <bdavis@mssattorneys.com> wrote:

Misstatements about your and your clients role in the Public Information Act requests and corresponding AG opinions.

Robert J. Davis

Partner

Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.

8131 LBJ Freeway, Suite 700

Dallas, Texas 75251

(972) 234-3400

**From:** Ugy Offoboche <ugy@uacoffobochelaw.com>
**Sent:** Friday, September 5, 2025 5:05 PM
**To:** Bob Davis <bdavis@mssattorneys.com>
**Cc:** Kyle Barry <kbarry@mssattorneys.com>
**Subject:** Re: Conference Requirement: Corrected Brief

They were no misstatements only human error. I'll let the appellate Court know that you are opposed.

With Kind Regards,

Ugalahi Ugy Offoboche, Esq.

Managing Attorney
U. A. C. OFFOBOCHE LAW FIRM

469-315-0358 (Direct)
214-853-5708 (Fax)
ugy@uacoffobochelaw.com
www.uacoffobochelaw.com
"Dedicated & Thorough"

"A man convinced against his will is of the same opinion still." Anonymous
"Forgiveness is only beneficial if given to one who does not deserve it." Clairecut

The content of this communication may be confidential and/or proprietary to U.A.C. Offoboche Law Firm. The information transmitted herein is intended only for use by the individual(s) or entity(ies) to which it is addressed and may be information that is legally privileged, confidential and/or exempt from disclosure under applicable law. If the reader

of this message is not the intended recipient, you are hereby notified that any review, transmission or retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by email and delete the communication.

On Fri, Sep 5, 2025, 5:00 PM Bob Davis <bdavis@mssattorneys.com> wrote:

We are opposed. I would also urge you to correct the misstatements about you and your clients' role in the Public Information Act requests.

Robert J. Davis

Partner

Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.

8131 LBJ Freeway, Suite 700

Dallas, Texas 75251

(972) 234-3400

**From:** Ugy Offoboche <ugy@uacoffobochelaw.com>
**Sent:** Thursday, September 4, 2025 7:03 PM
**To:** Bob Davis <bdavis@mssattorneys.com>; Kyle Barry <kbarry@mssattorneys.com>
**Subject:** Conference Requirement: Corrected Brief

Messes David and Barry,

I have read your brief and note the omissions which I had earlier notified the court about in my motion for leave when I was unable to see to correct those. I need to correct the page number for the Medlin case, which should be 285. I also need to include the Medlin case on which I was relying and quoted but omitted to cite after the J. M. case. I would like to file a corrected brief to include the missing page number and to include the Medlin case where it was omitted. I will not be including new arguments in the corrected brief. Will you oppose my filing the corrected brief?

If no, after correcting the brief then I will file a reply brief. Does this work for you?

With Kind Regards,


Ugalahi Ugy Offoboche, Esq.

Managing Attorney
U. A. C. OFFOBOCHE LAW FIRM

469-315-0358 (Direct)
214-853-5708 (Fax)
ugy@uacoffobochelaw.com
www.uacoffobochelaw.com
"Dedicated & Thorough"

"A man convinced against his will is of the same opinion still." Anonymous
"Forgiveness is only beneficial if given to one who does not deserve it." Clairecut

The content of this communication may be confidential and/or proprietary to U.A.C. Offoboche Law Firm. The information transmitted herein is intended only for use by the individual(s) or entity(ies) to which it is addressed and may be information that is legally privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any review, transmission or retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by email and delete the communication.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Davis on behalf of Robert Davis
Bar No. 05543500
bdavis@mssattorneys.com
Envelope ID: 105480624
Filing Code Description: Response
Filing Description: APPELLEES??? RESPONSE TO APPELLANT???S MOTION FOR FIVE DAYS??? EXTENSION OF TIME TO COMPLETE AND FILE REPLY BRIEF AND FOR LEAVE TO FILE CORRECTED BRIEF
Status as of 9/11/2025 8:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ugalahi UgyOffoboche | | ugy@uacoffobochelaw.com | 9/11/2025 8:51:54 AM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 9/11/2025 8:51:54 AM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 9/11/2025 8:51:54 AM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 9/11/2025 8:51:54 AM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 9/11/2025 8:51:54 AM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 9/11/2025 8:51:54 AM | SENT |